428 A.2d 700

Commonwealth v. Reppert, Appellant.

Submitted September 13, 1979. Robert E. Giering, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

428 A.2d 700

Commonwealth v. Santiago, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.